UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARY G. GONZALES, | CASE NO. 06CV01378 FCD KJM |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| ELECTRONIC DATA SYSTEMS CORPORATION and DOES 1 through 5, inclusive, | |
| Defendant. | |

Upon the Stipulation of Dismissal with Prejudice, doc#22, filed on December 18, 2006 and for good cause,

IT IS ORDERED that the Complaint in this action is hereby dismissed with prejudice, this case is dismissed in its entirety with prejudice, and that the parties shall bear their own attorneys' fees and costs.

Dated: December 27, 2006        BY THE COURT

_____
Judge of the United States District Court for the Eastern District of California